July 03, 2009

Mr. Ronald G. Hole
Hole & Alvarez, P.C.
612 W. Nolana, Suite 370
McAllen, TX 78504
Mr. Richard W. Hunnicutt III
Law offices of David McQuade Leibowitz
2000 Riverview Towers
111 Soledad
San Antonio, TX 78205

RE: Case Number: 07-0240
 Court of Appeals Number: 13-06-00053-CV
 Trial Court Number: C-1592-04-H

Style: MIGUEL HERNANDEZ, M.D.
 v.
 JULIOUS EBROM AND RICHARD HUNNICUTT

Dear Counsel:

 Today the Supreme Court of Texas issued an opinions and judgment in
the above-referenced cause. The judgment is enclosed. You may obtain a
copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like opinions by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367. The
opposed motion for leave to file post-submission brief is granted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

Enclosure: Judgment
|cc:|Ms. Cathy |
| |Wilborn |
| |Mr. Omar |
| |Guerrero |